# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**     **Category No.** II     **Investigating Agency** FBI

**City** Lawrence

**County** Middlesex

**Related Case Information:**
- Superseding Ind./ Inf.: 
- Case No.: 
- Same Defendant: 
- New Defendant: X
- Magistrate Judge Case Number: 21-mj-2742-MBB
- Search Warrant Case Number: 21-mj-2739-MBB
- R 20/R 40 from District of: 

## Defendant Information:

**Defendant Name:** Vando Gvozdarevic    **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** 

**Address:** (City & State) Chelmsford, MA

**Birth date (Yr only):** 1992   **SSN (last4#):** 8794   **Sex:** M   **Race:** White   **Nationality:** USA

**Defense Counsel if known:**    **Address:** 

**Bar Number:** 

## U.S. Attorney Information:

**AUSA** Philip Cheng    **Bar Number if applicable** 

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: 

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date:** 11/10/2021

☑ Already in Federal Custody as of 11/10/2021 in Wyatt.
☐ Already in State Custody at ————   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by:    on 

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 11/10/2021    **Signature of AUSA:** /s/ Philip C. Cheng

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Vando Gvozdarevic

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841 | Possession with intent to distribute 500 grams of a mixture and substance containing methamphetmine | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____